JOHN E. PEER - State Bar No. 95978
jpeer@woollspeer.com
JO ANN MONTOYA - State Bar No. 131310
jmontoya@woollspeer.com
LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660

Attorneys for Plaintiff
CENTURY SURETY COMPANY


FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> VAZGEN MIRZAKHANYAN, <br><br> Defendant. | Case No.: 2:13-CV-9166-JCG <br><br> Assigned to the Hon. Judge Gandhi <br><br> **JUDGMENT** <br><br> Date: June 10, 2014 <br> Time: 2:00 p.m. <br> Ctrm: 827-A <br><br> Filing Date: December 12, 2013 |

Plaintiff Century Surety Company's Motion for Summary Judgment was scheduled to be heard on June 10, 2014. On June 4, 2014, the Court found the motion suitable for adjudication without oral argument pursuant to Local Rule 7-15 and took the matter under submission without oral argument. On June 30, 2014, after consideration of the papers submitted in support of and in opposition to the Motion, including the evidence presented, the Court entered its order granting Century Surety Company's motion for summary judgment thereby rescinding Century Surety

Company policy No. CCP 739421 and requiring defendant Vazgen Mirzakhanyan to reimburse Century Surety Company $10,000 plus interest from March 21, 2012.

IT IS, THEREFORE, ORDERED AND ADJUDGED that judgment be entered in favor of plaintiff Century Surety Company and against defendant Vazgen Mirzakhanyan rescinding Century Surety policy No. CCP 739421 and awarding Century Surety Company $10,000 plus 1) pre-judgment interest from March 21, 2012 to the date of entry of judgment at the rate of 7%, and 2) post-judgment interest at the rate allowed by federal law. As the prevailing party, Century Surety Company is awarded its costs of suit pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54.

DATED: July 21, 2014        By: _____ 
                                  Jay C. Gandhi
                                  Judge Gandhi